UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:20-CV-00077-WOB-EBA

RONALD TUTTLE, PLAINTIFF,

V.  **RECOMMENDED DISPOSITION**

UNITED STATES OF AMERICA, DEFENDANT.

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on pro se plaintiff Ronald Tuttle's motion for a preliminary injunction. [R. 43]. Tuttle is an inmate who was previously incarcerated at FCI Ashland in Kentucky but was most recently housed at FCI Oakdale in Louisiana. [R. 1; 72-2]. While incarcerated at FCI Ashland, Tuttle was allegedly placed in the "SHU" where he states that he inhaled black mold spores that caused him to develop severe chronic obstructive pulmonary disease (COPD). [R. 1]. He brings this lawsuit under the Federal Tort Claims Act, alleging that the conditions under which he was housed amounted to cruel and unusual punishment under the Eighth Amendment. [*Id.*]. Somewhat related to his lawsuit, Tuttle has now filed a motion requesting the Court to put a preliminary injunction in place ordering his current facility to: (1) provide him with a box of envelopes and two books of stamps every week so that he may make filings in his case; (2) provide him with acne cream and soap; (3) instruct medical staff to do biopsies of one of his "non-infected" pimples so that he can be given antibiotics; (4) immediately release him so that he may see a doctor regarding a lump in his nostril which he believes to be cancerous; and (5) order him to be sent to a halfway house. [R. 43 at p. 10].

The Court recognizes that Tuttle is proceeding *pro se* and considers his motion under a more lenient standard. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007); *Burton v. Jones*, 321 F.3d 569,

1

573 (6th Cir. 2003). Even so, Tuttle has failed to provide any legal or factual basis on which this Court may grant the relief he seeks. Further, it appears that Tuttle has already been transferred to a halfway house, making his requested relief moot. Therefore, having considered the matter, and being advised,

IT IS RECOMMENDED that Plaintiff's motion [R. 43] BE DENIED AS MOOT.

Signed July 6, 2021.



Signed By:
*Edward B. Atkins*
United States Magistrate Judge