UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

CIVIL ACTION NO. 20-77-WOB-EBA

RONALD TUTTLE                                              PLAINTIFF

VS.                          <u>ORDER</u>

UNITED STATES OF AMERICA                                   DEFENDANT

This matter is before the Court on the Report and Recommendation (Doc. 76) of the Magistrate Judge, and no objections having been filed, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that plaintiff's motion for preliminary injunction (Doc. 43) be, and it hereby is, **denied as moot.**

This 29th day of July, 2021.



Signed By:
*William O. Bertelsman* WOB
United States District Judge