UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

CIVIL ACTION NO. 20-77-WOB

RONALD TUTTLE                                                    PLAINTIFF

VS.                            <u>ORDER</u>

UNITED STATES OF AMERICA                                         DEFENDANT

This matter is before the Court on the Report and Recommendation (Doc. 98) of the Magistrate Judge, and having considered *de novo* those objections filed thereto by Plaintiff (Doc. 99), and the Court being sufficiently advised,

**IT IS ORDERED** that the objections be, and they hereby are, **overruled**; that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that the defendants' Motion for Summary Judgment (Doc. 89-6) be, and it hereby is **GRANTED**; that this matter be, and hereby is **dismissed** with prejudice and **stricken** from the docket of this Court. No Certificate of Appealability shall issue herein.

A separate Judgment shall enter concurrently herewith.

This 4th day of August, 2022.



Signed By:
*William O. Bertelsman* WOB
United States District Judge